UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:23CR-065 |
| | : | |
| v. | : | JUDGE J. DLOTT |
| | : | |
| DEMARCO TAPPLAR, | : | INDICTMENT |
| | : | |
| Defendant. | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 371 |
| | : | 18 U.S.C. § 1703(a) |
| | : | 18 U.S.C. § 1704 |
| | : | 18 U.S.C. § 1707 |
| | : | 18 U.S.C. § 1708 |

**THE GRAND JURY CHARGES**:

At all times relevant to this Indictment:

1. Defendant **DEMARCO TAPPLAR ("TAPPLAR")** is a resident of the Southern District of Ohio.

2. From approximately December 30, 2022 through March 2023, **TAPPLAR** was employed with the United States Postal Service ("U.S.P.S.") as a postal carrier.

### COUNT 1
(Conspiracy to Commit Mail Theft)

#### The Conspiracy

3. Paragraphs 1-2 of the Indictment are incorporated as if fully restated herein.

4. From on or about July 2022 and continuing through on or about February 2023, in the Southern District of Ohio and elsewhere, the defendant, **DEMARCO TAPPLAR,** and others known and unknown to the Grand Jury, knowingly and intentionally conspired and

1

agreed to commit an offense against the United States, that is theft of mail and possession of stolen mail in violation of Title 18 United States Code, Section 1708.

## The Manner and Means of the Conspiracy

5. The manner and means by which the Defendants sought to accomplish the objectives of the conspiracy included the following:

    a. It was part of the conspiracy that members of the conspiracy, known and unknown to the Grand Jury, illegally obtained arrow keys that belonged to the U.S.P.S. The arrow keys are used to open the blue postal mailboxes used for the public collection of mail.

    b. The arrow keys were then used by members of the conspiracy to steal mail from the blue mailboxes.

    c. After stealing the mail, members of the conspiracy would steal any cash contained within the mail. Members of the conspiracy would also steal checks contained in

the mail, "wash" or erase the true check information, and then attempt to fraudulently convert the checks.

d. The conspiracy was executed by the Defendants primarily in the Cincinnati area.

### Overt Acts

6. In furtherance of this conspiracy, the following overt acts were committed in the Southern District of Ohio, **TAPPLAR** and/or one of the coconspirators:

    a. On or about August 4, 2022, 10 altered checks were deposited into one of **TAPPLAR's** bank accounts.

    b. On or about September 27, 2022, a check stolen from the mail was altered to bear **TAPPLAR's** name and cashed.

    c. After police recovered a stolen arrow key from coconspirators during an arrest on January 23, 2023, **TAPPLAR**, as a USPS employee, sold his USPS arrow key to coconspirator L.S. to continue the scheme.

**In violation of 18 U.S.C. § 371.**

## COUNT 2
### (Sale of a Mail Key)

On or about January 24, 2023, in the Southern District of Ohio, the defendant, **DEMARCO TAPPLAR,** aided and abetted by others known and unknown to the Grand Jury, did knowingly possess a U.S.P.S. key with the intent unlawfully and improperly to use, sell, and otherwise dispose of the same, and cause the same to be unlawfully and improperly used, sold, and disposed of; to wit, the selling of a U.S.P.S. arrow key by **TAPPLAR** to a coconspirator, L.S.

**In violation of 18 U.S.C. §§ 1704 and 2.**

3

## COUNT 3
### (Theft of Property Used by USPS)

On or about January 24, 2023, in the Southern District of Ohio, the defendant, **DEMARCO TAPPLAR,** being a U.S.P.S. employee, did knowingly and unlawfully convey away the property of the U.S.P.S. to the hindrance and detriment of the public service; to wit, the selling of a USPS arrow key to a coconspirator, L.S.

**In violation of 18 U.S.C. §§ 1707 and 2.**

## COUNT 4
### (Delay or Destruction of Mails)

On or about January 19, 2023 through February 4, 2023, in the Southern District of Ohio, the defendant, **DEMARCO TAPPLAR,** being a Postal Service employee, did knowingly and unlawfully secrete, destroy, detain, and delay, mail entrusted to him or in his possession, which was intended to be conveyed by mail.

**In violation of 18 U.S.C. § 1703(a).**

**A TRUE BILL.**

/S/
_____
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**TIMOTHY S. MANGAN, 069287**
**ASSISTANT UNITED STATES ATTORNEY**

4